IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 30 2014

CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| LA PONDA L. THOMAS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:14-CV-1003-A |
| | § | |
| SCOTT DAVIDSON | § | |
| REALTORS, et al. | § | |

## ORDER AUTHORIZING PLAINTIFF TO PROCEED IN FORMA PAUPERIS

Although an initial motion to proceed in forma pauperis was incomplete and unverified, after a deficiency order, plaintiff La Ponda L. Thomas filed a completed long form application to proceed in forma pauperis on December 30, 2014. Having reviewed Plaintiff's completed and verified in-forma-pauperis motion/application, the court has determined that Plaintiff is entitled to proceed in forma pauperis under 28 U.S.C. § 1915(a)(1). Although the information provided by Plaintiff indicates that in forma pauperis status is presently warranted, Plaintiff is advised that under 28 U.S.C. § 1915(e)(2), the Court shall **dismiss** the case at any time if the Court determines **the allegation of poverty is untrue, or if the action is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.**[1] See 28 U.S.C. § 1915(e)(2)(B). Therefore,

The court ORDERS that Plaintiff's motions to proceed in forma pauperis [docket nos. 2 and 8] are GRANTED, and plaintiff La Ponda Thomas is authorized to proceed with this civil suit without prepayment of fees or the necessity of giving security therefor.

SIGNED December 30, 2014.

JOHN H. McBRYDE
United States District Judge

---

[1] No summons shall issue unless authorized by further order of the Court.