ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 JAN 21  AM 9: 12

CLERK OF COURT

# UNITED STATES DISTRICT COURT
## NORTHER DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| LA PONDA L. THOMAS          ( | |
| AS-PLAINTIFF                ( | Case No   4:14-CV-1003-A |
| -v-                         ( | |
| SCOTT DAVIDSON REALTORS,    ( | |
| S.R. DAVIDSON FAMILY, LP,   ( | |
| JERRY SMITH, LAW OFFICE OF  ( | |
| ST. CLAIR NEWBERN.III.PC,   ( | |
| ST. CLAIR NEWBERN, III AND  ( | |
| CLAYTON L.EVERETT     –     ( | |
| AS DEFENDANTS               ( | |

## MOTION THE COURT TO ALLOW THE SUMMONS TO BE ISSUED

COMES NOW the plaintiff before the court and moves the court to allow the

summons to be issued to the defendants "

1

Respectfully submitted

La Ponda L. Thomas

*/signature/*

## CERTIFICATE OF SERVICE

I certify that on January 20th 2015, that I am mailing a copy by regular U.S Mail to all defendants and that I have filed this motion with the court on this date with the clerk of the U.S. District Court, Northern District of Texas, Fort Worth Division, by personally filing with the court.

La Ponda L. Thomas

304 Roberts Circle

Arlington TX 76010

S.R Davidson Family, LP, Scott Davidson Realtors
and Jerry Smith
2620 W. Arkansas Ln
Arlington, TX 76016.

LAW OFFICE OF ST. CLAIR NEWBERN.III.PC,

ST. CLAIR NEWBERN, III AND CLAYTON L.EVERETT

1701 River Run, Suite, 1000

Fort Worth, TX 76107.

2