IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LA PONDA L. THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-1003-A |
| | § | |
| SCOTT DAVIDSON REALTORS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with the order signed by the court in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff, La Ponda L. Thomas, against defendants, Scott Davidson Realtors, S.R. Davidson Family, LP, Jerry Smith, St. Clair Newbern III, PC, St. Clair Newbern III, and Clayton L. Everett, be, and are hereby, dismissed, pursuant to the authority of 28 U.S.C. § 1915(e)(2)(B).

SIGNED February 5, 2015.

JOHN McBRYDE
United States District Judge